(COB #218 voNORStmtPFM)(12/15)

# IN THE UNITED STATES BANKRUPTCY COURT
**District of Colorado** ,
HONORABLE Cathleen D. Parker

In re:

    Matthew Sysum
    Kimberly Ann Sysum

Debtor(s)

Case No.:  18−21172−CDP
Chapter:  7

SSN/TID Nos.   xxx−xx−3598
    xxx−xx−8308

## NOTICE OF REQUIREMENT TO FILE A STATEMENT OF COMPLETION OF COURSE IN PERSONAL FINANCIAL MANAGEMENT

    Notice is hereby given that, subject to extremely limited exceptions, **each** debtor must complete an instructional course in personal financial management and file Official Form 423, "Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management," *as evidence of course completion before a discharge can enter* under chapter 7 (11 U.S.C. §727) . This course is *different from* and *in addition to* the credit counseling course that the debtor(s) must complete prior to filing for bankruptcy relief. Official Form 423 is available on the U.S. Court's website at www.uscourts.gov/bkforms/bankruptcy_forms.html on the Form's page or may be picked up from the Clerk's Office at 721 19th St., Denver, Colorado.

    Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) should have filed Official Form 423 within 60 days after the first date set for the meeting of creditors under Section 341. Debtor(s) will now be allowed additional time, until 5/10/19 to file the completed Official Form 423 containing the financial management certificate number. In the event the certification is not filed on or before 5/10/19, the case will be closed *without an entry of discharge*.

    If the case is closed because of failing to file Official Form 423, *the case cannot be reopened without full payment of the reopening fee*. If the debtor(s) want a discharge, they must first ask the Court to reopen the case by filing a Motion to Reopen the case accompanied by the payment of the filing fee which is *$260* for motions to reopen filed on and after January 1, 2007. After the case is reopened, the debtor(s) must then file Official Form 423 evidencing completion of an instructional course concerning personal financial management in order to receive a discharge. If the debtor(s) fail(s) to file Official Form 423 within 30 days after the case is reopened, then the case will again be closed without the entry of a discharge.

Dated:  3/26/19

FOR THE COURT:
KENNETH S. GARDNER, Clerk

United States Bankruptcy Court
U.S. Custom House
721 Nineteenth Street
Denver, CO 80202−2508